UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 19-148 |
| DARNELL JOHNSON | SECTION "R" (2) |

## **ORDER AND REASONS**

Before the Court is the government's motion to dismiss the indictment and arrest warrant of Darnell Johnson.[1] On August 1, 2019, Johnson, along with three other co-conspirators, was charged in an indictment with conspiracy to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.[2]

The government has informed the Court that Johnson has died, as was confirmed by a death certificate issued by the County of Los Angeles, California.[3] When a criminal defendant dies, dismissal of the indictment is proper. *See, e.g., United States v. Lay*, 456 F. Supp. 2d 869, 874-75 (S.D.

---

[1] R. Doc. 39.
[2] R. Doc. 1.
[3] R. Doc. 39.

Tex. 2006). The Court therefore GRANTS the government's motion. The indictment is therefore DISMISSED.

New Orleans, Louisiana, this __21st__ day of November, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE